UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **KRISTINE CRITES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:05cv2168 TCM |
| ) | |
| **LAZERO CARDENAS** and ) | |
| **J.B. HUNT TRANSPORT, INC.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having been advised by the parties' designated neutral that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **April 9, 2007**.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a proposed consent judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

/s/ Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of December, 2006.